IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**DAVID BARGER et al.,**

    Plaintiffs,

v.

Civil Action Nos.
2:17-CV-19, 2:17-CV-20,
2:17-CV-21, 2:17-CV-22,
2:17-CV-23, 2:17-CV-24,
2:17-CV-25, 2:17-CV-26,
2:17-CV-27, 2:17-CV-28,
2:17-CV-29, 2:17-CV-30,
2:17-CV-31, 2:17-CV-32,
2:17-CV-33, 2:17-CV-34,
2:17-CV-35, 2:17-CV-36,
2:17-CV-37, 2:17-CV-38,
2:17-CV-49, 2:17-CV-50,
2:17-CV-51, 2:17-CV-52,
2:17-CV-89, 2:17-CV-90,
2:17-CV-91, 2:17-CV-92,
2:17-CV-93, 2:17-CV-121,
2:18-CV-10
(KLEEH)

**NEW CREEK WIND, LLC (formerly, AES NEW CREEK, LLC); EVERPOWER WIND HOLDINGS, INC. (EVERPOWER); AND ENBRIDGE HOLDINGS, LLC,**

    Defendants.

### DISMISSAL ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties filed a Stipulation of Voluntary Dismissal With Prejudice in each of the above-referenced civil actions on March 28, 2019. Based on that Stipulation and for reasons apparent to

the Court, this matter is hereby **DISMISSED WITH PREJUDICE** and is stricken from the docket of the Court.

The Clerk is **ORDERED** to forward a copy of this order to all counsel of record and any unrepresented parties via the CM/ECF notification system.

DATED: March 29, 2019

*/s/* Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE